IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEROME FEITELBERG, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | )<br>)<br>)<br>)  C.A. No. 05-532<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATED ORDER FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Plaintiff Jerome Feitelberg and Defendant Intel Corporation hereby stipulate that Intel Corporation's responses to Plaintiff's complaint shall be due either (1) the earlier of 60 days after transfer of the above-captioned cases pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. § 1407 or such time for response that the transferee Court may require for any action made part of the same MDL, or (2) 45 days after any such motion has been denied. No prior extensions of time have been sought or granted.

| PRICKETT, JONES & ELLIOTT, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ James L. Holzman*<br>    James L. Holzman (#663)<br>    1310 King Street<br>    P.O. Box 1328<br>    Wilmington, DE 19899<br>    Telephone: (302) 888-6500<br>    Facsimile: (302) 658-8111<br>    jlholzman@prickett.com | By: */s/ Richard L. Horwitz*<br>    Richard L. Horwitz (#2246)<br>    W. Harding Drane, Jr. (#1023)<br>    Hercules Plaza<br>    1313 N. Market Street<br>    P.O. Box 951<br>    Wilmington, DE 19801<br>    Phone: (302) 984-6000<br>    Facsimile: (302) 658-1192<br>    rhorwitz@potteranderson.com<br>    wdrane@potteranderson.com |

| | |
|---|---|
| Of Counsel: | Of Counsel: |
| Steven O. Sidener<br>Joseph M. Barton<br>C. Andrew Dirksen<br>GOLD BENNETT CERA & SIDENER, LLP<br>595 Market Street, Suite 2300<br>San Francisco, CA 94105<br>Telephone: (415) 777-2230<br>Facsimile: (415) 777-5189 | BINGHAM McCUTCHEN LLP<br>David M. Balabanian<br>Christopher B. Hockett<br>Joy K. Fuyuno<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286 |
| Attorneys for Plaintiff<br>JEROME FEITELBERG<br><br>Dated: July 29, 2005 | Richard A. Ripley<br>1120 20th Street, N.W., Suite 800<br>Washington, D.C. 20036<br>Telephone: (202) 778-6101<br>Facsimile: (202) 393-6929<br><br>Attorneys for Defendant<br>INTEL CORPORATION |

692634

SO ORDERED this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE